UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MI CHA OH,

        Plaintiff,

    v.

AMGUARD INSURANCE COMPANY,

        Defendant.

Case No. 25-cv-09263-TLT (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 32

1. Defendant has agreed to provide Plaintiff with the last known addresses of Sara Vargas and Jazmin Ramos, the principal claim adjusters who handled Plaintiff's insurance claim but who are no longer employed by Defendant. Dkt. 32 at 4. By June 8, 2026, Defendant must provide Plaintiff with Vargas's and Ramos's last known addresses.

2. Defendant must verify its interrogatory responses, which Defendant previously served without verification (dkt. 32 at 4), by June 8, 2026. *See* Fed. R. Civ. P. 33(b)(3), (5).

3. Plaintiff shall review Defendant's supplemental responses to Plaintiff's ROGs and RFAs. *See id.* at 5. If a dispute remains, the parties shall meet and confer further in-person or by videoconference by June 8, 2026. If the parties cannot resolve a dispute during further meet and confer, they may file a supplemental joint letter brief.

4. If Plaintiff needs copies of the transcripts and exhibits of the Examinations Under Oath (EUO) of Plaintiff Mi Cha Oh and Paul Kwon, Plaintiff should order those copies from the reporting service that administered the EUOs. The Court won't compel Defendant's coverage counsel to provide them.

5. Defendant must confirm whether it will stipulate to the District's Model Protective Order by June 8, 2026. If Defendant won't stipulate, Plaintiff may move for entry of the Model Protective Order. The Court encourages the parties to stipulate to the Model Protective Order to avoid unnecessary motion practice.

**IT IS SO ORDERED.**

Dated: June 2, 2026

Alex G. Tse
United States Magistrate Judge