UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MI CHA OH,

        Plaintiff,

    v.

AMGUARD INSURANCE COMPANY,

        Defendant.

Case No.  25-cv-09263-TLT (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 34

The Court ordered Defendant to provide Plaintiff with the last known addresses of Sara Vargas and Jazmin Ramos, the principal claim adjusters who handled Plaintiff's insurance claim but who are no longer employed by Defendant, by June 8, 2026. Dkt. 33 at 1.

Plaintiff reports that Defendant didn't meet the June 8 deadline and still hasn't shared the last known addresses of Vargas and Ramos. Dkt. 34 at 2. In light of that representation, the Court orders Defendant to show cause, by June 16, 2026, for why sanctions shouldn't be imposed for failure to comply with a discovery order. *See* Fed. R. Civ. P. 37(b)(2)(A), (C).

    **IT IS SO ORDERED.**

Dated: June 12, 2026

Alex G. Tse
United States Magistrate Judge