UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MI CHA OH,<br><br>             Plaintiff,<br><br>      v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>             Defendant. | Case No. 25-cv-09263-TLT (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 38 |

The Court ordered Defendant to produce the last known addresses of two former employees by June 8, 2026. Dkt. 33 at 1. When Plaintiff informed the Court that Defendant hadn't met the June 8 deadline, the Court ordered Defendant to show cause. Dkt. 37.

In response to the order to show cause, defense counsel says he timely notified his client of the Court's order to produce the requested addresses, but that his client didn't provide him with the addresses until June 11, 2026. Dkt. 38, Bustos Decl. ¶¶ 3–5. Defense counsel then shared the addresses with opposing counsel the same day. *Id.* ¶ 5 & Ex. A.

Given defense counsel's declaration, which includes a copy of the email in which he shared the requested addresses with opposing counsel, the Court concludes that Defendant is now in compliance with the order to produce the addresses. The order to show cause

is thus discharged. The Court notes, however, that Defendant did miss the deadline to produce the addresses by three days. In the future, defense counsel should follow-up with his client well before the deadline, and if more time is needed, Defendant should make a timely request for relief. Future missed deadlines may result in discovery sanctions.

**IT IS SO ORDERED.**

Dated: June 26, 2026

Alex G. Tse
United States Magistrate Judge